OFFICE OF DISCIPLINARY COUNSEL *v.* PAYNE.

[Cite as *Disciplinary Counsel v. Payne* (1993), 68 Ohio St.3d 103.]

(No. 93–1713—Submitted September 21, 1993—Decided December 29, 1993.)

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Charles W. Kettlewell,* for respondent.

---

*Per Curiam.* Upon review of the record, we concur in the findings of the board and adopt its recommendation. Respondent is hereby suspended from the practice of law in Ohio for one year, with six months of the suspension suspended.

Costs taxed to respondent.

*Judgment accordingly.*

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

MOYER, C.J., and F.E. SWEENEY, J., dissent and would suspend respondent from the practice of law for one year.